# EXHIBIT A

# TESCO PLC

## CERTIFICATION OF NAMED PLAINTIFFS
## PURSUANT TO FEDERAL SECURITIES LAWS

I, Heidle Baskin, hereby certify that the following is true and correct to the best of my knowledge, information, and belief:

1. I am the Chairman of the Irving Firemen's Relief and Retirement Fund ("Irving Firemen's Fund").

2. I have reviewed the Complaint in this matter and authorize Scott+Scott, Attorneys at Law, LLP to file a complaint in this matter.

3. The Irving Firemen's Fund is willing to serve as representative parties on behalf of purchasers of Tesco PLC ("Tesco") securities during the Class Period, including providing testimony at deposition and trial, if necessary.

4. During the Class Period, Plaintiffs purchased the Tesco securities that are subject of the Complaint as set forth on the attached Schedule A.

5. Irving Firemen's Fund did not engage in the foregoing transactions at the direction of counsel, or in order to participate in any private action arising under the Securities Act of 1933 (the "Securities Act") or the Securities Exchange Act of 1934 (the "Exchange Act").

6. During the three years preceding the date of my signing this Certification, Plaintiffs sought to serve, or served as a representative party or lead plaintiff on behalf of a class in the following private actions arising under the Securities Act or Exchange Act:

   *In re OSG Securities Litigation*, 12-cv-07948-SAS (S.D.N.Y.) (Moved to be appointed as lead plaintiff, but was not appointed);

   *Lighthouse Financial Group v. The Royal Bank of Scotland Group, PLC*, 11-cv-00398-GBD (S.D.N.Y.) (Moved to be appointed as lead plaintiff, but was voluntarily withdrawn);

7. Irving Firemen's Fund will not accept any payment for serving as a representative party on behalf of the class beyond the Plaintiffs' *pro rata* share of any recovery, except such reasonable costs and expenses (including lost wages) directly relating to the representation of the class as ordered or approved by the Court.

Tesco PLC

I declare under penalty of perjury that the foregoing is true and correct. Executed at _IRVING, TX_ .

_10/20/14_
Date

IRVING FIREMEN'S RELIEF
AND RETIREMENT FUND

_/s/ Heidle Baskin_
Heidle Baskin, Chairman

Tesco PLC

# SCHEDULE A

## *Irving Firemen's Relief and Retirement Fund*

Class Period Transactions in Tesco PLC
(Class Period: 02/02/2014 Through 09/22/2014)

| Trade Date | Action (Buy/Sell) | Quantity | Price Per Share |
|---|---|---|---|
| 3/27/2014 | Buy | 5,835 | $14.70 |
| 6/20/2014 | Buy | 4,755 | $14.83 |
| 8/20/2014 | Buy | 5,332 | $12.36 |

Tesco PLC