UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IRVING FIREMEN'S RELIEF AND RETIREMENT FUND, Individually and on Behalf of All Others Similarly Situated,<br><br>                          Plaintiff,<br><br>    v.<br><br>TESCO PLC, PHILIP CLARKE, and LAURIE MCILWEE,<br><br>                          Defendants. | No. 14-cv-08495-RMB |

**NOTICE OF NON-OPPOSITION OF THE MIAMI POLICE RELEF & PENSION FUND AND THE CHESTER COUNTY EMPLOYEES RETIREMENT FUND**

| | |
|---|---|
| KASEY M. BUGGS, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>TESCO PLC, PHILIP CLARKE, and LAURIE MCILWEE,<br><br>                              Defendants. | No.  14-08696-RMB |
| SUNRISE SQUARE CAPITAL, LP, Individually and On Behalf of All Others Similarly Situated,<br><br>                              Plaintiff,<br><br>    v.<br><br>TESCO PLC, SIR RICHARD BROADBENT, PHILIP CLARKE, and LAURIE MCILWEE,<br><br>                              Defendants. | No.  14-cv-09378-RMB |

| | |
|---|---|
| CHESTER COUNTY EMPLOYEES RETIREMENT FUND, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESCO PLC, PHILIP CLARKE, LAURIE MCILWEE, SIR RICHARD BROADBENT, and CHRIS BUSH,<br><br>        Defendants. | No. 14-cv-09757-RMB |
| STEPHEN M. DAVIDSON, Individually and On Behalf of All Others Similarly Situated,<br><br>        Plaintiff,<br><br> v.<br><br>TESCO PLC, PHILIP CLARKE, and LAURIE MCILWEE,<br><br>        Defendants. | No. 14-cv-09927-UA |

Lead plaintiff movants the Miami Police Relief & Pension Fund ("Miami Police") and plaintiff Chester County Employees Retirement Fund ("Chester County") respectfully submit this notice of non-opposition to the motion seeking Lead Plaintiff appointment filed by the Sheet Metal Workers' National Pension Fund ("National Pension Fund").  ECF No. 22.

On December 22, 2014 Miami Police and Chester County filed a motion seeking appointment as Lead Plaintiff in this matter.  ECF No. 35.  Based on their review of the five other motions filed by investors seeking Lead Plaintiff appointment on that date, Miami Police and Chester County have determined that they lack the "largest financial interest" in this case. 15 U.S.C. § 78u-4(a)(3)(B)(iii)(I)(bb).  Specifically, the National Pension Fund, which asserts losses of $2,397,320, possesses the "largest financial interest" of the investors who filed motions seeking appointment as Lead Plaintiff. Accordingly, Miami Police and Chester County do not oppose the motion seeking Lead Plaintiff appointment filed by the National Pension Fund.

Should the Court hold otherwise, Miami Police and Chester County stand ready, willing, and able to serve as Lead Plaintiff, and otherwise stand ready, willing, and able to assist the Court and/or the movant eventually appointed as Lead Plaintiff in the conduct of the litigation.

Dated:  January 9, 2015                                             Respectfully Submitted,

**BERNSTEIN LITOWITZ BERGER & GROSSMANN LLP**

/s/  Gerald H. Silk
Gerald H. Silk
Avi Josefson
Michael Blatchley
1285 Avenue of the Americas
New York, NY 10019
Telephone: (212) 554-1400
Facsimile: (212) 554-1444
Email: jerry@blbglaw.com
Email: avi@blbglaw.com
Email: michaelb@blbglaw.com

2

*Counsel to the Miami Police Relief and Pension Fund and Chester County Employees Retirement Fund and Proposed Lead Counsel for the Class*