**KAHN SWICK & FOTI, LLC**
KIM E. MILLER (KM-6996)
BRUCE W. DONA (BD-3730)
250 Park Avenue, Suite 2040
New York, NY 10177
Telephone: (212) 696-3730
Fax: (504) 455-1498

-and-

LEWIS S. KAHN
J. RYAN LOPATKA
206 Covington St.
Madisonville, LA 70447
Telephone: (504) 455-1400
Fax: (504) 455-1498

*Lead Counsel for Lead Plaintiff Stephen Klug
and the Class*

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| IN RE TESCO PLC SECURITIES LITIGATION | Case: 14 Civ. 8495-RMB <br><br> HON. RICHARD M. BERMAN <br><br> <u>Class Action</u> |

**<u>LEAD PLAINTIFF'S NOTICE OF MOTION AND MOTION FOR AN AWARD OF
ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES</u>**

TO: ALL PARTIES AND COUNSEL OF RECORD

PLEASE TAKE NOTICE that on April 21, 2016, at 2:00 p.m., at the United States District Court for the Southern District of New York, Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, New York, or as soon thereafter as counsel may be heard before the Honorable Richard M. Berman, United States District Judge, Lead Plaintiff, Stephen G. Klug ("Plaintiff"), will and hereby moves for an order awarding attorneys' fees and reimbursement of litigation expenses.  Lead Plaintiff's motion is based upon the Memorandum of Law in Support of Lead Plaintiff's Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses, the declarations and exhibits submitted in support thereof, all other pleadings and matters of record, and such additional evidence or argument as may be presented at the hearing on Plaintiff's motion.

Dated: **March 24, 2016**         /s/ Kim E. Miller
                                  Kim E. Miller
                                  **KAHN SWICK & FOTI, LLC**
                                  250 Park Avenue, Suite 2040
                                  New York, NY 10177
                                  Telephone: (212) 696-3730
                                  Fax: (504) 455-1498
                                  Kim.miller@ksfcounsel.com

                                  -and-

                                  Lewis S. Kahn
                                  J. Ryan Lopatka
                                  206 Covington Street
                                  Madisonville, LA 70447
                                  Phone: (504) 455-1400
                                  Facsimile: (504) 455-1498
                                  lewis.kahn@ksfcounsel.com
                                  j.lopatka@ksfcounsel.com

                                  *Lead Counsel for Lead Plaintiff Stephen Klug and the Class*

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2016, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which sent notification to all enrolled counsel of record.

/s/ Kim E. Miller
Kim E. Miller